NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1602

STATE OF LOUISIANA

VERSUS

CHRISTOPHER M. VOORHIES

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 272,832
HONORABLE F. RAE DONALDSON SWENT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL G. SULLIVAN
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Michael G. Sullivan, Billy H. Ezell, and James T. Genovese, Judges.

**APPEAL DISMISSED; REMANDED WITH INSTRUCTIONS.**

Edward K. Bauman
Louisiana Appellate Project
Post Office Box 1641
Lake Charles, Louisiana 70602-1641
Telephone: (337) 491-0570
Counsel For Defendant/Appellant:
        Christopher M. Voorhies

James C. Downs
District Attorney
Michael W. Shannon
Assistant District Attorney
Post Office Drawer 1472
Alexandria, Louisiana 71309
Telephone: (318) 473-6650
Counsel for:
        State of Louisiana